```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>FIDEL RAMON CASTRO,          )<br>                             )<br>            Defendant._____) | CASE NO. 5:07-mj-00020 TAG<br><br>ORDER TO UNSEAL<br>CRIMINAL COMPLAINT<br>AND ARREST WARRANT |

The criminal complaint and arrest warrant in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the criminal complaint and arrest warrant be unsealed and made public record.

IT IS SO ORDERED.

**Dated:   May 30, 2007**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1